1 | **REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar. No. 206773)
2 | 230 Park Avenue, 10th Floor
New York, New York 10169
3 | Telephone: (212) 579-4625
Facsimile: (212) 5673-4272
4 | michael@reeserichman.com

5 | **WHATLEY DRAKE & KALLAS, LLC**
Deborah Clark Weintraub
6 | 1540 Broadway, 37th Floor
New York, New York 10036
7 | Telephone: (212) 447-7070
Facsimile: (212) 447-7077
8 | dweintraub@wdklaw.com

9 | *Counsel for Plaintiffs*

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>     Defendants. | Case No. CV 08-1830 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELATE CASES AND TRANSFER TO HON. WILLIAM H. ALSUP** |
| RONALD SIEMERS, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO & COMPANY, H.D. VEST INVESTMENT SERVICES, LLC, WELLS FARGO INVESTMENTS, LLC, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., STEPHENS, INC., WELLS FARGO FUNDS DISTRIBUTOR, LLC, AND WELLS FARGO FUNDS TRUST,<br><br>     Defendants. | Case No. CV 05-04518 WHA |

1  WHEREAS, the matter of *Siemers v. Wells Fargo & Co., et al.*, Case No. CV 05-04518 WHA ("Siemers action") has been pending before the Hon. William Alsup since November 4, 2005;

3  WHEREAS, the matter of *Kreek v. Wells Fargo & Co., et al.*, Case no. CV 08-01830 JSW ("Kreek action") was filed on April 4, 2008 and is currently pending before the Hon. Jeffrey White;

WHEREAS, the *Siemers* and *Kreek* matters involve the same core set of facts and name several of the same defendants;

WHEREAS, counsel for Defendants and Plaintiffs have met and conferred and agree that the *Siemers* and *Kreek* matters should be related.

Pursuant to Civil Local Rule 7-11, Plaintiffs and Defendants, by their undersigned counsel, hereby stipulate that the *Siemers* and *Kreek* matters are related and that the Kreek matter should be transferred to the Hon. Judge William H. Alsup.

STIPULATED TO BY:

__/s/ Michael R Reese__  
Michael R. Reese  
**REESE RICHMAN LLP**  
230 Park Avenue, 10th Floor  
New York, New York 10169  

*Counsel for Plaintiffs*

_/s/ Jeremy T. Kamras_  
Jeremy T. Kamras  
**HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN PC**  
Three Embarcadero Center, Seventh Floor  
San Francisco, California 94111  

*Counsel for Defendants Wells Fargo & Company, Wells Fargo Funds Management, LLC, Wells Fargo Funds Trust, Wells Fargo Distributors, Stephens, Inc., Wells Fargo Bank, N.A*

PURSUANT TO STIPULATION IT IS HEREBY ORDERED:

1. The matters of *Siemers v. Wells Fargo & Co., et al.*, Case No. CV 05-04518 WHA and *Kreek v. Wells Fargo & Co., et al.*, Case no. CV 08-01830 JSW are hereby deemed as related; and

2. The *Kreek* matter is hereby transferred to the Hon. William H. Alsup.

Dated: April _____, 2008

_____  
Hon. William H. Alsup  
United States District Judge

- 1 -

| | | |
|---|---|---|
| 1 | **REESE RICHMAN LLP** <br> Michael R. Reese (Cal. State Bar. No. 206773) | |
| 2 | 230 Park Avenue, 10th Floor <br> New York, New York 10169 | |
| 3 | Telephone: (212) 579-4625 <br> Facsimile: (212) 5673-4272 | |
| 4 | michael@reeserichman.com | |
| 5 | - and – | |
| 6 | **WHATLEY DRAKE & KALLAS, LLC** <br> Deborah Clark Weintraub | |
| 7 | Elizabeth Rosenberg <br> 1540 Broadway, 37th Floor | |
| 8 | New York, New York 10036 <br> Telephone: (212) 447-7070 | |
| 9 | Facsimile: (212) 447-7077 <br> dweintraub@wdklaw.com | |
| 10 | erosenberg@wdklaw.com | |
| 11 | *Counsel for Plaintiffs* | |
| 12 | ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated, | Case No. CV 08-1830 JSW |
| 13 | | |
| 14 | Plaintiffs, | **DECLARATION OF MICHAEL R. REESE REGARDING PERMISSION TO SIGN STIPULATION PURSUANT TO GENERAL ORDER 45X(B)** |
| 15 | vs. | |
| 16 | WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A., | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |
| 20 | RONALD SIEMERS, Individually And On Behalf Of All Others Similarly Situated, | Case No. CV 05-04518 WHA |
| 21 | | |
| 22 | Plaintiffs, <br> vs. | |
| 23 | WELLS FARGO & COMPANY, H.D. VEST INVESTMENT SERVICES, LLC, WELLS FARGO INVESTMENTS, LLC, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., STEPHENS, INC., WELLS FARGO FUNDS DISTRIBUTOR, LLC, AND WELLS FARGO FUNDS TRUST, | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

I, Michael R. Reese, do hereby declare the following:

1. I am a member of the law firm of Reese Richman LLP, counsel for Plaintiff in *Kreek v. Well Fargo Co. et al.*, Case No. CV 08-1830 JSW.

2. Concurrent with the filing of this Declarartion, I filed a stipulation and proposed order to relate the above-captioned matters. On April 14, 2008, I received permission from Jeremy T. Kamras of Howard Rice Nemerovski Canady Falk & Rabkin PC, counsel for defendants in the *Kreek* matter, to sign the stipulation on his behalf.

I hereby declare until the penalty of perjury of the United States that the above is true and correct.

Dated: April 14, 2008

_____
Michael R. Reese

- 1 -