IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD KREEK , <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO & COMPANY, et al., <br><br> Defendant. _____/ | No. C 08-01830 WHA <br><br> **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity, and/or the attached Certificate of Service)

 YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **July 3, 2008 at 11:00 a.m.** before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The other deadlines in the ADR Scheduling Order filed on April 4, 2008 are changed as follows:

6/12/08  Last day to:
- meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan
- to file joint ADR Certification with stipulation to ADR Process or Notice of Need for ADR Phone Conference

6/19/08  Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order or Contents of Joint Case Management Statement

Dated: April 22, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
 Dawn Toland
 Courtroom Deputy