**REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar. No. 206773)
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 5673-4272
michael@reeserichman.com

- and –

**WHATLEY DRAKE & KALLAS, LLC**
Deborah Clark Weintraub
Elizabeth Rosenberg
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077
dweintraub@wdklaw.com
erosenberg@wdklaw.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. CV 08-1830 WHA<br><br>**DECLARATION OF MICHAEL REESE PURSUANT TO LOCAL RULE 23-1** |

1  I, Michael R. Reese, do hereby declare the following:

2  1.  I am a member of the law firm of Reese Richman LLP, counsel for Plaintiff in *Kreek v. Well Fargo Co. et al.*, Case No. CV 08-1830 WHA.

3  2.  Attached hereto as Exhibit A is a true and correct version of the notice required by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

I hereby declare until penalty of perjury that the above is true and correct.

Dated: April 24, 2008

_____
Michael R. Reese

Yahoo!  My Yahoo!  Mail    Make Y! your home page    Search:    Web Search

YAHOO! FINANCE    Sign In    Finance Home - Help
New User? Sign Up                                              PR Newswire

Welcome [Sign In]                                To track stocks & more, Register

Financial News

Enter symbol(s)    Basic    Get    Symbol Lookup

**Press Release**                                Source: Whatley Drake & Kallas LLC

# Whatley Drake & Kallas, LLC and Reese Richman, LLP Announce Filing of Class Action Lawsuit Against Wells Fargo & Company and Certain of its Affiliates Regarding Wells Fargo Mutual Funds

Wednesday April 23, 1:01 pm ET

NEW YORK, April 23 /PRNewswire/ -- The law firms of Whatley Drake & Kallas LLC ("Whatley Drake") and Reese Richman LLP ("Reese Richman") today announced that a class action lawsuit was filed on April 4, 2008 in the Northern District of California against Wells Fargo & Company (NYSE: WFC - News) and certain of its affiliates including Wells Fargo Funds Management, LLC, Wells Fargo Funds Distributor, LLC, Stephens Inc., and Wells Fargo Funds Trust (collectively "Defendants") on behalf of all persons who purchased one or more of the Wells Fargo Funds, now known as the Wells Fargo Advantage Funds, (except for the Wells Fargo Diversified Equity Fund, Montgomery Emerging Markets Fund and Small Cap Growth Fund) from November 4, 2000 through April 11, 2006 inclusive (the "Class Period"), seeking to pursue remedies under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act"). A copy of the complaint filed in this action is retrievable from the Court using the case number 3:08-cv-01830-WHA, or can be viewed on Whatley Drake's website at: http://www.wdklaw.com.

If you purchased any of the Wells Fargo Mutual Funds between November 4, 2000 and April 11, 2006, inclusive, and sustained damages, you may, no later than June 23, 2008, move the Court (through Reese Richman LLP, Whatley Drake & Kallas LLC, or counsel of your own choice) to appoint you as lead plaintiff. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. Additionally, at the early-notice stage, returning a form to counsel or communicating with counsel is unnecessary to participate in any recovery.

The Complaint alleges that during the Class Period, Defendants created undisclosed material conflicts of interest with members of the Class by entering into revenue-sharing agreements with brokerages and selling agents who sold the Wells Fargo Funds. Defendants financed these arrangements by illegally charging excessive and improper fees to the Wells Fargo Funds and their investors that should have been invested in the underlying portfolio. Defendants did not disclose to investors, at the time of purchase, their pre-existing and ongoing revenue sharing arrangements, but rather knowingly hid such information by way of material omissions and halftruths in the prospectuses and other offering documents. Defendants' failure to disclose the incentives constituted violations of federal securities laws.

Whatley Drake & Kallas, LLC, a forty-five lawyer firm with offices in New York City, Birmingham, and Boston was formed in 1998 as a successor to the firm of Cooper, Mitch, Crawford, Kuykendall & Whatley. Since that time, the firm has concentrated in complex class action litigation, including securities, ERISA, 401k, healthcare, insurance, antitrust, mass tort and consumer litigation. Please contact the Whatley Drake website (http://www.wdklaw.com) for more information about the firm.

Reese Richman LLP litigates on behalf of investors and consumers injured by fraud. Please visit the Reese Richman LLP website (http://www.reeserichman.com) for more information about the firm.

If you wish to discuss this action with us, or have any questions concerning this notice or your rights and interests

with regard to the case, please contact the following attorneys:

```
Elizabeth Rosenberg                    Michael R. Reese
Whatley Drake & Kallas, LLC            Reese Richman LLP
1540 Broadway, 37th Floor              230 Park Avenue, 10th Floor
New York, New York 10036               New York, New York 10169
Phone number: (212) 447-7070           Phone Number: (212) 579-4625
```

Source: Whatley Drake & Kallas LLC

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.