| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Elizabeth Rosenberg
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Tel: 212-447-7070

**FILED**

08 APR 23 PM 2:47

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT


## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ARNOLD KREEK, Individually and On
Behalf Of All Others Similarly Situated,

                    Plaintiff(s),

                    v.

WELLS FARGO & COMPANY, WELLS FARGO FUNDS
MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST,
WELLS FARGO DISTRIBUTORS, STEPHENS, INC.,
WELLS FARGO BANK, N.A.,

                    Defendant(s).

CASE NO. 08-1830-WHA

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

    Pursuant to Civil L.R. 11-3,   Elizabeth Rosenberg   , an active member in good standing of the bar of   the State of New York   , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing   Plaintiff Arnold Kreek   in the above-entitled action.

    In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Kate J. Stoia (Cal Bar No. 183471)
    Reese Richman LLP
    38 Ord Street
    San Francisco, California 94114
    (415) 260-0147

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2008                                                *Elizabeth Rosenberg*