RECEIVED

UNITED STATES DISTRICT COURT 23 PM 2: 48

Northern District of California RD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARNOLD KREEK, Individually and On
Behalf Of All Others Similarly Situated,

**CASE NO.** 08-1830-WHA

Plaintiff(s),

v.

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

WELLS FARGO & COMPANY, WELLS FARGO FUNDS
MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST,
WELLS FARGO DISTRIBUTORS, STEPHENS, INC.,
WELLS FARGO BANK, N.A.,

Defendant(s).

/

Elizabeth Rosenberg                    , an active member in good standing of the bar of

the U.S. District Court, Southern District of New York        whose business address and telephone number

(particular court to which applicant is admitted)

is      Elizabeth Rosenberg
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Tel: 212-447-7070                                                            ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing      Plaintiff Arnold Kreek                    .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____

United States District        Judge