UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ARNOLD KREEK, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>Defendant(s). | CASE NO. 08-1830-WHA<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Deborah Clark-Weintraub, an active member in good standing of the bar of the U.S. District Court, Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

Deborah Clark-Weintraub
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Tel: 212-447-7070

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Arnold Kreek.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge