E-Filing



UNITED STATES DISTRICT COURT

Northern District of California

ARNOLD KREEK, Individually and On
Behalf Of All Others Similarly Situated,

CASE NO. 08-1830-WHA

Plaintiff(s),

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

WELLS FARGO & COMPANY, WELLS FARGO FUNDS
MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST,
WELLS FARGO DISTRIBUTORS, STEPHENS, INC.,
WELLS FARGO BANK, N.A.,

Defendant(s).
_____/

Deborah Clark-Weintraub , an active member in good standing of the bar of the U.S. District Court, Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

Deborah Clark-Weintraub
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Tel: 212-447-7070

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing  Plaintiff Arnold Kreek .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 25, 2008 .

_____
United States District    Judge