GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
JASON M. SKAGGS (No. 202190)
Email: jskaggs@howardrice.com
JEREMY T. KAMRAS (No. 237377)
Email: jkamras@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:     415/434-1600
Facsimile:     415/217-5910

Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO
FUNDS MANAGEMENT, LLC, WELLS FARGO
FUNDS TRUST, WELLS FARGO FUNDS
DISTRIBUTOR, LLC, STEPHENS, INC., WELLS
FARGO BANK, N.A.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A., <br><br> Defendants. | No. CV-08-1830 WHA <br><br> Action Filed: April 4, 2008 <br><br> STIPULATION AND [PROPOSED] SCHEDULING ORDER |

1    WHEREAS Plaintiff ARNOLD KREEK Individually and on behalf of all others similarly

2    situated ("Plaintiff") filed a class action complaint captioned *Arnold Kreek v. Wells Fargo &*

3    *Company, et al.*, Case No. CV-08-1830 JSW, on April 4, 2008 alleging that Defendants WELLS

4    FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO

5    FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC. and WELLS

6    FARGO BANK, N.A. (collectively, "Defendants") engaged in certain conduct which allegedly

7    violated federal securities laws;

8    WHEREAS certain of the claims arise under the Private Securities Litigation Act of 1995;

9    WHEREAS the undersigned counsel anticipate that motions will be filed to appoint lead

10   plaintiff(s) and to consolidate any actions involving some or all of the same claims against the same

11   Defendants (*e.g.*, motions under 15 U.S.C. § 78u-4(a)(3));

12   WHEREAS the undersigned counsel agree that the interests of justice and judicial economy

13   would be served by an order extending Defendants' time to respond to this Complaint;

14   NOW THEREFORE, the undersigned parties hereby stipulate as follows, subject to the

15   Court's approval;

16   1.    Lead Plaintiff shall file a Consolidated Amended Complaint or elect to proceed on the

17   current complaint no later than 30 days from the date of entry of an order consolidating any actions

18   involving some or all of the same claims against the same Defendants and appointing Lead

19   Plaintiff(s) and Lead Counsel;

20   2.    Defendants shall file and serve their answer or other response to any complaint on file in

21   this action no later than 30 days after the filing of the Consolidated Amended Complaint or Lead

22   Plaintiff's election to proceed on the current complaint;

23   3.    Plaintiff shall file and serve his opposition to any motion filed by Defendants pursuant

24   to Paragraph 2 herein no later than 30 days after the filing of such motion;

25   4.    Defendants shall file and serve their reply in support of to any motion filed by

26   Defendants pursuant to Paragraph 2 herein no later than 14 days after Plaintiff files his opposition to

27   such motion;

28   5.    Service of the papers contemplated by Paragraphs 2 through 5 above shall be by

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

STIPULATION AND [PROPOSED] SCHEDULING ORDER          CV-08-1830 WHA

1  facsimile or email for the briefs and declarations (without exhibits) on the day of filing, and by

2  overnight delivery for a complete set of the papers.

3       6.    No later than 30 days after Defendants file their answer, the parties shall meet and

4  confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan,

5  and shall file a joint ADR certification stipulating to the ADR process or a notice of need for ADR

6  phone conference.

7       7.    No later than 45 days after Defendants file their answer, the parties shall file a Rule

8  26(f) Report and complete initial disclosures or state objections thereto in the Rule 26(f) Report.

9       8.    The Case Management Conference shall take place, as previously ordered, on July 3,

10  2008.  The parties shall file the Case Management Statement, as previously ordered, no later than

11  June 19, 2008.

12  DATED:  May 16, 2008.

                            Respectfully,

13                              GILBERT R. SEROTA

14                              JASON M. SKAGGS
                            JEREMY T. KAMRAS

15                              HOWARD RICE NEMEROVSKI CANADY
                                 FALK & RABKIN

16                              A Professional Corporation

17                              By: _____/s/ Gilbert R. Serota_____
                                      GILBERT R. SEROTA

18                              Attorneys for Defendants WELLS FARGO &

19                              COMPANY, WELLS FARGO FUNDS MANAGEMENT,
                            LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO

20                              FUNDS DISTRIBUTOR, LLC, STEPHENS, INC. AND
                            WELLS FARGO BANK, N.A.

21  DATED:  May 16, 2008.             REESE RICHMAN LLP

22                              MICHAEL R. REESE
                            230 Park Avenue, 10th Floor
                            New York, NY  10169

23                              WHATLEY DRAKE & KALLAS, LLC

24                              DEBORAH CLARK WEINTRAUB
                            ELIZABETH ROSENBERG

25                              1540 Broadway, 37th Floor
                            New York, NY  10036

26

27                            By: _____/s/ Michael R. Reese_____
                                      MICHAEL R. REESE

28                            Attorneys for Plaintiff ARNOLD KREEK

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, GILBERT R. SEROTA, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed on May 16, 2008, at San Francisco, California.

_____/s/_____
GILBERT R. SEROTA

IT IS SO ORDERED.

DATED: _____, 2008    _____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*