| | |
|---|---|
| 1 | GILBERT R. SEROTA (No. 75305) |
| | Email: gserota@howardrice.com |
| 2 | JASON M. SKAGGS (No. 202190) |
| | Email: jskaggs@howardrice.com |
| 3 | JEREMY T. KAMRAS (No. 237377) |
| | Email: jkamras@howardrice.com |
| 4 | HOWARD RICE NEMEROVSKI CANADY |
| |     FALK & RABKIN |
| 5 | A Professional Corporation |
| | Three Embarcadero Center, 7th Floor |
| 6 | San Francisco, California  94111-4024 |
| | Telephone:     415/434-1600 |
| 7 | Facsimile:       415/217-5910 |

Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC., WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>            Defendants. | No. CV-08-1830 WHA<br><br>Action Filed: April 4, 2008<br><br>NOTICE OF APPEARANCE BY GILBERT R. SEROTA |

NOTICE OF APPEARANCE                                     CV-08-1830 WHA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that GILBERT R. SEROTA enters an appearance on behalf of Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC., WELLS FARGO BANK, N.A. in the above-captioned action. Please serve said counsel with all pleadings and notices in this action.

DATED: May 16, 2008.

Respectfully,

GILBERT R. SEROTA
JASON M. SKAGGS
JEREMY T. KAMRAS
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
GILBERT R. SEROTA

Attorneys for Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC. AND WELLS FARGO BANK, N.A.