1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  JASON M. SKAGGS (No. 202190)
   Email: jskaggs@howardrice.com
3  JEREMY T. KAMRAS (No. 237377)
   Email: jkamras@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone:    415/434-1600
7  Facsimile:    415/217-5910

8  Attorneys for Defendants
   WELLS FARGO & COMPANY, WELLS FARGO
9  FUNDS MANAGEMENT, LLC, WELLS FARGO
   FUNDS TRUST, WELLS FARGO FUNDS
10 DISTRIBUTOR, LLC, STEPHENS, INC., WELLS
   FARGO BANK, N.A.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 | ARNOLD KREEK, Individually And On Behalf    No. CV-08-1830 WHA
   | Of All Others Similarly Situated,
17 |                                             Action Filed: April 4, 2008
   |            Plaintiffs,
18 |                                             NOTICE OF APPEARANCE
   |    v.                                       BY JASON M. SKAGGS
19 |
   | WELLS FARGO & COMPANY, WELLS
20 | FARGO FUNDS MANAGEMENT, LLC,
   | WELLS FARGO FUNDS TRUST, WELLS
21 | FARGO DISTRIBUTORS, STEPHENS, INC.,
   | WELLS FARGO BANK, N.A.,
22 |
   |            Defendants.
23

24

25

26

27

28

NOTICE OF APPEARANCE                                        CV-08-1830 WHA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that JASON M. SKAGGS enters an appearance on behalf of Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC., and WELLS FARGO BANK, N.A. in the above-captioned action.  Please serve said counsel with all pleadings and notices in this action.

DATED:  May 16, 2008.

Respectfully,

GILBERT R. SEROTA
JASON M. SKAGGS
JEREMY T. KAMRAS
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
       JASON M. SKAGGS

Attorneys for Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC. AND WELLS FARGO BANK, N.A.

NOTICE OF APPEARANCE                                CV-08-1830 WHA

-1-