1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  JASON M. SKAGGS (No. 202190)
   Email: jskaggs@howardrice.com
3  JEREMY T. KAMRAS (No. 237377)
   Email: jkamras@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California  94111-4024
   Telephone:    415/434-1600
7  Facsimile:    415/217-5910

8  Attorneys for Defendants
   WELLS FARGO & COMPANY, WELLS FARGO
9  FUNDS MANAGEMENT, LLC, WELLS FARGO
   FUNDS TRUST, WELLS FARGO FUNDS
10 DISTRIBUTOR, LLC, STEPHENS, INC., WELLS
   FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A., <br><br> Defendants. | No. CV-08-1830 WHA <br><br> Action Filed: April 4, 2008 <br><br> NOTICE OF APPEARANCE BY JEREMY T. KAMRAS |

NOTICE OF APPEARANCE                              CV-08-1830 WHA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that JEREMY T. KAMRAS enters an appearance on behalf of Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC., and WELLS FARGO BANK, N.A. in the above-captioned action.  Please serve said counsel with all pleadings and notices in this action.

DATED: May 16, 2008.

    Respectfully,

    GILBERT R. SEROTA
    JASON M. SKAGGS
    JEREMY T. KAMRAS
    HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
    A Professional Corporation

    By: _____/s/_____
        JEREMY T. KAMRAS

Attorneys for Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC. AND WELLS FARGO BANK, N.A.

NOTICE OF APPEARANCE    CV-08-1830 WHA

-1-