1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  JASON M. SKAGGS (No. 202190)
   Email: jskaggs@howardrice.com
3  JEREMY T. KAMRAS (No. 237377)
   Email: jkamras@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone:    415/434-1600
7  Facsimile:    415/217-5910

8  Attorneys for Defendants
   WELLS FARGO & COMPANY, WELLS FARGO
9  FUNDS MANAGEMENT, LLC, WELLS FARGO
   FUNDS TRUST, WELLS FARGO FUNDS
10 DISTRIBUTOR, LLC, STEPHENS, INC., WELLS
   FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>Defendants. | No. CV-08-1830 WHA<br><br>Action Filed: April 4, 2008<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER |

STIPULATION AND [PROPOSED] SCHEDULING ORDER    CV-08-1830 WHA

1  WHEREAS Plaintiff ARNOLD KREEK Individually and on behalf of all others similarly situated ("Plaintiff") filed a class action complaint captioned *Arnold Kreek v. Wells Fargo & Company, et al.*, Case No. CV-08-1830 JSW, on April 4, 2008 alleging that Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC. and WELLS FARGO BANK, N.A. (collectively, "Defendants") engaged in certain conduct which allegedly violated federal securities laws;

WHEREAS certain of the claims arise under the Private Securities Litigation Act of 1995;

WHEREAS the undersigned counsel anticipate that motions will be filed to appoint lead plaintiff(s) and to consolidate any actions involving some or all of the same claims against the same Defendants (*e.g.*, motions under 15 U.S.C. § 78u-4(a)(3));

WHEREAS the undersigned counsel agree that the interests of justice and judicial economy would be served by an order extending Defendants' time to respond to this Complaint;

NOW THEREFORE, the undersigned parties hereby stipulate as follows, subject to the Court's approval;

1.  Lead Plaintiff shall file a Consolidated Amended Complaint or elect to proceed on the current complaint no later than 30 days from the date of entry of an order consolidating any actions involving some or all of the same claims against the same Defendants and appointing Lead Plaintiff(s) and Lead Counsel;

2.  Defendants shall file and serve their answer or other response to any complaint on file in this action no later than 30 days after the filing of the Consolidated Amended Complaint or Lead Plaintiff's election to proceed on the current complaint;

3.  Plaintiff shall file and serve his opposition to any motion filed by Defendants pursuant to Paragraph 2 herein no later than 30 days after the filing of such motion;

4.  Defendants shall file and serve their reply in support of to any motion filed by Defendants pursuant to Paragraph 2 herein no later than 14 days after Plaintiff files his opposition to such motion;

5.  Service of the papers contemplated by Paragraphs 2 through 5 above shall be by

STIPULATION AND [PROPOSED] SCHEDULING ORDER    CV-08-1830 WHA

-1-

facsimile or email for the briefs and declarations (without exhibits) on the day of filing, and by overnight delivery for a complete set of the papers.

6. No later than 30 days after Defendants file their answer, the parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, and shall file a joint ADR certification stipulating to the ADR process or a notice of need for ADR phone conference.

7. No later than 45 days after Defendants file their answer, the parties shall file a Rule 26(f) Report and complete initial disclosures or state objections thereto in the Rule 26(f) Report.

8. The Case Management Conference shall take place, as previously ordered, on July 3, 2008. The parties shall file the Case Management Statement, as previously ordered, no later than June 19, 2008.

DATED: May 16, 2008.

Respectfully,

GILBERT R. SEROTA
JASON M. SKAGGS
JEREMY T. KAMRAS
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By: _____/s/ Gilbert R. Serota_____
          GILBERT R. SEROTA

Attorneys for Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC. AND WELLS FARGO BANK, N.A.

DATED: May 16, 2008.

REESE RICHMAN LLP
MICHAEL R. REESE
230 Park Avenue, 10th Floor
New York, NY 10169

WHATLEY DRAKE & KALLAS, LLC
DEBORAH CLARK WEINTRAUB
ELIZABETH ROSENBERG
1540 Broadway, 37th Floor
New York, NY 10036

By: _____/s/ Michael R. Reese_____
          MICHAEL R. REESE

Attorneys for Plaintiff ARNOLD KREEK

STIPULATION AND [PROPOSED] SCHEDULING ORDER          CV-08-1830 WHA

-2-

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, GILBERT R. SEROTA, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed on May 16, 2008, at San Francisco, California.

/s/
GILBERT R. SEROTA

IT IS SO ORDERED.

DATED: May 20, 2008. , 2008

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]