**REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar. No. 206773)
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272
michael@reeserichman.com

- and –

**WHATLEY DRAKE & KALLAS, LLC**
Deborah Clark-Weintraub
Elizabeth Rosenberg
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077
dweintraub@wdklaw.com
erosenberg@wdklaw.com

Proposed Co- Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. CV-08 1830 (WHA)<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |

1

      Having considered the motion of Edward Lee for appointment as lead plaintiff and approval of selection of lead counsel and the memorandum of law and declaration of Michael R. Reese, in support thereof, and good cause appearing therefore:

      1.   Edward Lee is hereby appointed Lead Plaintiff for the class pursuant to Section 27 of the Securities Act of 1933; and

      2.   The law firms of Reese Richman LLP and Whatley Drake & Kallas, LLC are hereby appointed Co-Lead Counsel.

IT IS SO ORDERED

DATED: _____        _____
                                                          THE HONORABLE WILLIAM H. ALSUP
                                                          UNITED STATES DISTRICT JUDGE