| | |
|---|---|
| 1 | GILBERT R. SEROTA (No. 75305)<br>Email: gserota@howardrice.com |
| 2 | JASON M. SKAGGS (No. 202190)<br>Email: jskaggs@howardrice.com |
| 3 | JEREMY T. KAMRAS (No. 237377)<br>Email: jkamras@howardrice.com |
| 4 | HOWARD RICE NEMEROVSKI CANADY<br>    FALK & RABKIN |
| 5 | A Professional Corporation<br>Three Embarcadero Center, 7th Floor |
| 6 | San Francisco, California 94111-4024<br>Telephone:    415/434-1600 |
| 7 | Facsimile:    415/217-5910 |
| 8 | Attorneys for Defendants<br>WELLS FARGO & COMPANY, WELLS FARGO |
| 9 | FUNDS MANAGEMENT, LLC, WELLS FARGO<br>FUNDS TRUST, WELLS FARGO FUNDS |
| 10 | DISTRIBUTOR, LLC, STEPHENS INC., WELLS<br>FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>            Defendants. | No. CV-08-1830 WHA<br><br>Action Filed: April 4, 2008<br><br>DEFENDANTS WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS INC. AND WELLS FARGO BANK, N.A.'S DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 3-16) |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 7.1(a), the undersigned, counsel of record for Defendants Wells Fargo & Company, Wells Fargo Funds Management, LLC, Wells Fargo Funds Trust, Wells Fargo Funds Distributor, LLC, Stephens Inc., and Wells Fargo Bank, N.A. (the "Defendants"), certifies, that the following entities are parent corporations, or publicly held corporations that own 10% or more of the stock, of one or more of the Defendants:

1. Wells Fargo & Co.
2. Wells Fargo Investment Group, Inc.
3. SI Holdings Inc.

Pursuant to Civil Local Rule 3-16(b), the undersigned, counsel of record for the Defendants, further certifies, that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, in addition to the Defendants and those entities listed above, (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

4. WFC Holdings Corp.
5. Charter Holdings, Inc.
6. IBID, Inc.
7. Blackhawk Bancorporation
8. First Commerce Bancshares, Inc.
9. First Community Capital Corporation of Delaware, Inc.
10. First Place Financial Corporation
11. Greater Bay Bancorp
12. GST Co.
13. Pacific Northwest Bancorp
14. Placer Sierra Bancshares
15. All Wells Fargo mutual funds

The Defendants have undertaken reasonable efforts to identify all persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that they

must disclose pursuant to FRCP 7.1 and/or Civil Local Rule 3-16, but given the Defendants' complex corporate associations and the broad standard set forth by Civil Local Rule 3-16, the Defendants acknowledge that there may be others not identified by the Defendants. In the event the Defendants identify any further such persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities in the future, they will promptly supplement this disclosure and certification.

DATED: June 27, 2008.

Respectfully,

GILBERT R. SEROTA
JASON M. SKAGGS
JEREMY T. KAMRAS
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
JASON M. SKAGGS

Attorneys for Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS INC. AND WELLS FARGO BANK, N.A.