**REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar. No. 206773)
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272
michael@reeserichman.com

- and –

**WHATLEY DRAKE & KALLAS, LLC**
Deborah Clark-Weintraub
Elizabeth Rosenberg
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077
dweintraub@wdklaw.com
erosenberg@wdklaw.com

Proposed Co- Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. CV-08 1830 (WHA)<br><br><u>CLASS ACTION</u><br><br>RE-NOTICE OF MOTION AND MOTION TO APPOINT EDWARD LEE AS LEAD PLAINTIFF, APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL<br><br>Date: August 7, 2008<br><br>Time: 8:00 a.m.<br><br>Ctrm: 9, 19th Floor<br><br>Honorable William H. Alsup |

**RE-NOTICE OF MOTION AND MOTION**

TO:    ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to instruction of the court, PLEASE TAKE NOTICE THAT the hearing previously noticed for July 31, 2008, at 8:00 a.m. shall instead be heard on August 7, 2008 at 8:00 a.m. in the Courtroom of the Honorable William H. Alsup, at which time class member Edward Lee will move this Court for an Order: (1) appointing himself lead plaintiff, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving his selection of the law firms of Reese Richman LLP ("Reese Richman") and Whatley Drake & Kallas, LLC ("Whatley Drake") as co-lead counsel pursuant to the PSLRA; and (3) granting such other and further relief as the Court may deem just and proper.

This Motion is based on the Re-Notice of Motion, the supporting Memorandum of Points and Authorities previously filed (Dkt. 24), the Declaration of Michael R. Reese in support thereof ("Reese Decl.") previously filed (Dkt. 25), the pleadings, other files and records in the above-captioned action and other such written or oral argument as may be presented to the Court.

DATED:  July 1, 2008                    Respectfully Submitted,

                                         /s/ *Michael R. Reese*
                                        _____
                                        MICHAEL R. REESE
                                        **REESE RICHMAN LLP**
                                        230 Park Avenue, 10th Floor
                                        New York, New York  10169
                                        Telephone: (212) 579-4625
                                        Facsimile: (212) 253-4272

                                        **WHATLEY DRAKE & KALLAS, LLC**
                                        Deborah Clark-Weintraub
                                        Elizabeth Rosenberg
                                        1540 Broadway, 37th Floor
                                        New York, New York 10036
                                        Telephone: (212) 447-7070
                                        Facsimile: (212) 447-7077

                                        *Proposed Co-Lead Counsel for Plaintiffs*

1