**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 3, 2008

Case No.  C 08-01830 WHA

Title: ARNOLD KREEK v. WELLS FARGO & CO

Plaintiff Attorneys: Deborah Clark-Weintraub; Michael Reese

Defense Attorneys: Jason Skaggs; Jeremy Kamras; Lawrence Hing (In-House counsel)

Deputy Clerk: Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)   

Continued to **8/7/08 at 8:00am**   for Motion to Appoint Lead Plaintiff

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

The issue as to lead plaintiff and counsel needs to be resolved before setting the trial and pretrial date.