GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
JASON M. SKAGGS (No. 202190)
Email: jskaggs@howardrice.com
JEREMY T. KAMRAS (No. 237377)
Email: jkamras@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC., WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>Defendants. | No. CV-08-1830 WHA<br><br>Action Filed: April 4, 2008<br><br>DEFENDANTS WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC. AND WELLS FARGO BANK, N.A.'S TENTATIVE STATEMENT OF NON-OPPOSITION TO MOTION TO APPOINT EDWARD LEE AS LEAD PLAINTIFF<br><br>Date:    August 7, 2008<br>Time:   8:00 a.m.<br>Ctrm:   9, 19th floor<br>Judge:  Hon. William H. Alsup<br><br>Trial:   TBD |

Defendants Wells Fargo & Company, Wells Fargo Funds Management, LLC, Wells Fargo Funds Trust, Wells Fargo Funds Distributor, LLC, Stephens, Inc., and Wells Fargo Bank, N.A. (collectively, "Defendants") hereby respond to the motion (Dkts. 24-26) filed on behalf of Edward Lee requesting the Court to (a) appoint him as the Lead Plaintiff in the above-captioned action, and (b) appoint the law firms of Reese Richman LLP and Whatley Drake & Kallas, LLC as Lead Counsel in the above-captioned action (the "Motion").

By Order dated June 30, 2008 (Dkt. 28), the Court deferred consideration of "[a]pplications for class counsel . . . until after the lead plaintiff has been appointed." Defendants therefore do not address that aspect of the Motion, but reserve their right to do so once a Lead Plaintiff has been appointed.

As to that aspect of the Motion addressed to selecting the "most adequate plaintiff," it does not request any relief against any of Defendants. Accordingly, Defendants take no position with respect to this request at this time. Defendants reserve the right to comment upon any responses to the Court's questionnaire (Dkt. 28) by applicants for the position of Lead Plaintiff, including, as ordered by the Court in its Order dated June 30, 2008 (Dkt. 28), "to address the accuracy of the methodology used by candidates [for Lead Plaintiff] to assess their damage claims."

By not opposing this Motion to the extent set forth above, Defendants are not agreeing that Mr. Lee is a proper class representative or that a class should be certified in this matter for any purpose. Defendants also strongly contest the allegations contained in the Complaint about

//
//
//
//
//
//
//
//
//

Defendants' conduct and reserve all their rights to seek to dismiss all or any part of the Complaint (or any future complaint) on any appropriate ground.

DATED: July 17, 2008.                    Respectfully,

GILBERT R. SEROTA
JASON M. SKAGGS
JEREMY T. KAMRAS
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
              GILBERT R. SEROTA

Attorneys for Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC. AND WELLS FARGO BANK, N.A.