| | |
|---|---|
| 1 | GILBERT R. SEROTA (No. 75305) |
| | Email: gserota@howardrice.com |
| 2 | JASON M. SKAGGS (No. 202190) |
| | Email: jskaggs@howardrice.com |
| 3 | JEREMY T. KAMRAS (No. 237377) |
| | Email: jkamras@howardrice.com |
| 4 | HOWARD RICE NEMEROVSKI CANADY |
| |    FALK & RABKIN |
| 5 | A Professional Corporation |
| | Three Embarcadero Center, 7th Floor |
| 6 | San Francisco, California  94111-4024 |
| | Telephone:    415/434-1600 |
| 7 | Facsimile:    415/217-5910 |
| 8 | THOMAS O. JACOB (No. 125665) |
| | Email: tojacob@wellsfargo.com |
| 9 | WELLS FARGO LAW DEPARTMENT |
| | MAC A0194-266 |
| 10 | 45 Fremont Street, 26th Floor |
| | San Francisco, CA  94105 |
| 11 | Telephone:    415/396-4425 |
| | Facsimile:    415/975-7864 |
| 12 | |
| | Attorneys for Defendants |
| 13 | WELLS FARGO & COMPANY, WELLS FARGO |
| | FUNDS MANAGEMENT, LLC, WELLS FARGO |
| 14 | FUNDS TRUST, WELLS FARGO FUNDS |
| | DISTRIBUTOR, LLC, STEPHENS, INC., and |
| 15 | WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated, | | No. CV-08-1830 WHA |
| | Plaintiffs, | Action Filed: April 4, 2008 |
| v. | | NOTICE OF APPEARANCE BY THOMAS O. JACOB |
| WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A., | | |
| | Defendants. | |

NOTICE OF APPEARANCE          CV-08-1830 WHA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that THOMAS O. JACOB enters an appearance on behalf of Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC., and WELLS FARGO BANK, N.A. in the above-captioned action. Please serve said counsel with all pleadings and notices in this action.

DATED: August 4, 2008.

Respectfully,

GILBERT R. SEROTA
JASON M. SKAGGS
JEREMY T. KAMRAS
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

THOMAS O. JACOB
WELLS FARGO LAW DEPARTMENT

By: _____/s/_____
       THOMAS O. JACOB

Attorneys for Defendants WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO FUNDS DISTRIBUTOR, LLC, STEPHENS, INC. and WELLS FARGO BANK, N.A.