**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: August 7, 2008

Case No.  C08-1830 WHA

Title: Arnold Kreek. v. Wells Fargo & Co.

Plaintiff Attorneys:    Michael Reese; Deborah Clark-Weintraub with Plainntiff Edward Lee

Defense Attorneys:    Gilbet Serota; Jeremy Kamras; Lawrence Hing

Deputy Clerk: Frank Justiliano

Court Reporter:   Sahar McVickar

**PROCEEDINGS**

1)   Plts Edward Lee's Motion to Appoint Lead Plaintiff and Lead Counsel - Held.

2)


**ORDERED AFTER HEARING:**

Mr Serota to file by tomorrow  a short memorandum on points raised at this hearing.    Mr. Reese to file a response within one week.    Short reply by Mr. Serota due thereafter.
If matter is clarified  then file a document to withdraw the motion.

Matter taken under submission.