IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARNOLD KREEK, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., and WELLS FARGO BANK, N.A.,

    Defendants.

No. C 08-01830 WHA

**ORDER RE BRIEFING RE MOTION FOR APPOINTMENT OF LEAD PLAINTIFF**

At the hearing for Edward Lee's motion for appointment as lead plaintiff, defendants raised some areas of concern. Defendants are ordered to file a memorandum of their objections by **FRIDAY, AUGUST 8, 2008, AT 4:00 P.M.** Mr. Lee must file an opposition by **FRIDAY, AUGUST 15, 2008, AT 4:00 P.M..** A reply is due **TUESDAY, AUGUST 19, 2008, AT NOON.** This briefing will not be necessary if the parties notify the Court that they resolved these issues by **FRIDAY, AUGUST 8, 2008.**

**IT IS SO ORDERED.**

Dated: August 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE