**REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar. No. 206773)
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272
michael@reeserichman.com

- and -

**WHATLEY DRAKE & KALLAS, LLC**
Deborah Clark-Weintraub
Elizabeth Rosenberg
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077
dweintraub@wdklaw.com
erosenberg@wdklaw.com

***Counsel for Plaintiffs***

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. CV 08-1830 WHA<br><br>**CERTIFICATION OF LEAD PLAINTIFF EDWARD LEE** |

I have read and understand the Court's Order Appointing Lead Plaintiff dated August 22, 2008 ("Order"). I understand the Order's explanation of the duties of lead plaintiff and the procedures and schedule for selecting class counsel. I am willing and able to meet my fiduciary obligations and to meet the schedule as described in the Order.

Dated: August 28, 2008

EDWARD LEE
LEAD PLAINTIFF