IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD KREEK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., and WELLS FARGO BANK, N.A.,<br><br>    Defendants. | No. C 08-01830 WHA<br><br>**REQUEST FOR INFORMATION** |

In connection with the pending motion for approval of lead plaintiff's selection of co-lead counsel, please explain what fee discussions have taken place between the lead plaintiff and the various law firms under consideration and what offers to cap those fees were made by all contestants.

**IT IS SO ORDERED.**

Dated: October 27, 2008

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE