**REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar. No. 206773)
875 Sixth Avenue, 18th Floor
New York, New York 10001
Telephone: (212) 579-4625
Facsimile: (212) 253-4272
michael@reeserichman.com

- and –

**WHATLEY DRAKE & KALLAS, LLC**
Deborah Clark-Weintraub (admitted *pro hac vice*)
Elizabeth Rosenberg (admitted *pro hac vice*)
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077
dweintraub@wdklaw.com
erosenberg@wdklaw.com

Proposed Co- Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., WELLS FARGO BANK, N.A.,<br><br>                    Defendants. | Case No. CV 08-1830 WHA<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

Having considered the motion of lead plaintiff Edward Lee requesting approval of his selection of lead counsel; the supporting memorandum of law; and the declarations of Edward Lee and Michael R. Reese in support thereof, and good cause appearing therefore, I hereby order that:

The law firms of Reese Richman LLP and Whatley Drake & Kallas, LLC are hereby appointed as co-lead counsel in the above-captioned action.

IT IS SO ORDERED.

Dated: November 12, 2008



_____
The Honorable William H. Alsup
United States District Judge