IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD KREEK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO FUNDS TRUST, WELLS FARGO DISTRIBUTORS, STEPHENS, INC., and WELLS FARGO BANK, N.A.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 08-01830 WHA<br><br><br>**ORDER RE ADMINISTRATIVE REQUEST TO FILE PORTIONS OF FIRST AMENDED COMPLAINT UNDER SEAL** |

On November 26, 2008, lead plaintiffs filed an amended class action complaint and, pursuant to Civil Local Rule 79-5(d), an administrative motion to file certain portions of the amended complaint under seal. The sealing request is based on defendants' designation of documents referenced in the complaint as confidential pursuant to a stipulated protective order. Defendants filed a response declaration, as required by Civil Local Rule 79-5(d), stating that the designated material is sealable because it reveals confidential business information such as the identity of business partners, financial and strategic arrangements with those partners, confidential regulatory communications, and negotiations and pricing strategies that could harm defendants' competitive position if revealed.

Defendants' declaration establishes that the designated information is properly sealable as confidential business information. Therefore, the designated portions of the amended complaint shall be filed under seal.

Dated: December 8, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE