IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARNOLD KREEK, individually and on
behalf of all others similarly situated,

    Plaintiffs,

  v.

WELLS FARGO & COMPANY, WELLS
FARGO FUNDS MANAGEMENT, LLC,
WELLS FARGO FUNDS TRUST, WELLS
FARGO DISTRIBUTORS, STEPHENS,
INC., WELLS FARBO BANK, N.A.,

    Defendants.
                                          /

No. C 08-01830 WHA

**ORDER VACATING
FEBRUARY 26 HEARING**

In this securities action, a hearing on defendants' motion to dismiss is currently scheduled for February 26, 2009. The Court finds that a hearing on the motion is unnecessary. The February 26 hearing is hereby **VACATED**; the motion will be decided on the papers.

**IT IS SO ORDERED.**

Dated: February 20, 2009.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE