**United States District Court**

For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ARNOLD KREEK, et al., individually and on
     behalf of all others similarly situated,
11                                                           No. C 08-01830 WHA

12            Plaintiffs,

13      v.
                                                           **ORDER RE MOTION TO**
14   WELLS FARGO & COMPANY, WELLS                          **FILE UNDER SEAL**
     FARGO FUNDS MANAGEMENT, LLC,
15   WELLS FARGO FUNDS TRUST, WELLS
     FARGO DISTRIBUTORS, STEPHENS,
16   INC., WELLS FARBO BANK, N.A.,

17            Defendants.
                                                    /
18

19        Defendants have filed a motion to dismiss.  Plaintiffs filed a partially redacted brief in

20   opposition to the motion accompanied by an administrative motion pursuant to Civil Local Rule

21   79-5(d) to file the redacted portion of the brief under seal.  The motion was based on

22   defendants' designation of certain information as confidential; plaintiffs took no position as to

23   whether the information was entitled to remain under seal.  Under Civil Local Rule 79-5(d), if a

24   party wishes to refer in a brief to information designated confidential by another party pursuant

25   to a protective order:

26            the submitting party must file and serve an Administrative Motion
              for a sealing order . . . .  Within five days thereafter, the
27            designating party must file with the Court and serve a declaration
              establishing that the designated information is sealable, and must
28            lodge and serve a narrowly tailored proposed sealing order, or
              must withdraw the designation of confidentiality.  If the
              designating party does not file its responsive declaration as

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

required by this subsection, the document or proposed filing will be made part of the public record.

The deadline for defendants (as the designating party) to respond has passed and no declaration in support of the sealing motion has been filed.  Therefore, under Civil Local Rule 79-5(b), the filing will be made part of the public record.  Plaintiffs should publicly file the opposition brief in un-redacted form.

**IT IS SO ORDERED.**

Dated:  March 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE