GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
JIN H. KIM (No. 208676)
Email: jkim@howardrice.com
JEREMY T. KAMRAS (No. 237377)
Email: jkamras@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO
FUNDS MANAGEMENT, LLC, AND WELLS
FARGO FUNDS TRUST.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD LEE, EDWARD ARSENAULT, EMIL DE BACCO, RICHARD HINTON, ARNOLD KREEK, and MARGRET MACHT, Individually And On Behalf Of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, and WELLS FARGO FUNDS TRUST,<br><br>       Defendants. | No. 08-CV-1830 WHA<br><br>Action Filed: April 4, 2008<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL; OR, IN THE ALTERNATIVE, ON DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF MARCH 19, 2009 ORDER |

[PROPOSED] ORDER                                              CV-08-1830 WHA

For GOOD CAUSE shown, the Court hereby orders the following filed under seal:

    PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (page 128, lines 9-17).

[~~OR~~]

~~For GOOD CAUSE shown, the Court hereby grants leave for Defendants to file a motion to reconsider this Court's March 19, 2009 Order~~.

IT IS SO ORDERED

Dated: March 23, 2009

                          HON. WILLIAM ALSUP
                          U.S. DISTRICT COURT JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup)*

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*