**REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar No. 206773)
michael@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**WHATLEY DRAKE & KALLAS, LLC**
Deborah Clark-Weintraub
dweintraub@wdklaw.com
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD KREEK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY, et al., <br><br> Defendant. | Case No. CV 08-1830 WHA <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION TO ADJOURN CASE MANAGEMENT CONFERENCE FROM OCTOBER 1, 2009 TO OCTOBER 15, 2009 |

[~~PROPOSED~~] ORDER GRANTING MOTION TO ADJOURN CASE MANAGEMENT CONFERENCE FROM OCTOBER 1, 2009 TO OCTOBER 15, 2009.

Case No. CV 08-1830 WHA

1  Having considered Plaintiffs' motion requesting that this Court adjourn the case
2  management conference scheduled for October 1, 2009 to October 15, 2009, and good cause
3  appearing therefore, I hereby order that:

4  1. The Case Management Conference is adjourned to 11:00 a.m. on October 15, 2009;
5  and

6  2. Not less than seven days prior, the parties shall submit a joint case management
7  conference statement.

8  IT IS SO ORDERED.

10  Dated: September 24, 2009



The Honorable William H. Alsup
United States District Judge

[~~PROPOSED~~] ORDER GRANTING MOTION TO ADJOURN CASE MANAGEMENT CONFERENCE FROM OCTOBER 1, 2009 TO OCTOBER 15, 2009.   - 1 -   Case No. CV 08-1830 WHA