IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE, EDWARD ARSENAULT, EMIL DE BACCO, RICHARD HINTON, ARNOLD KREEK, and MARGARET MACHT,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, and WELLS FARGO FUNDS TRUST,<br><br>Defendants. | No. C 08-01830 WHA<br><br>**ORDER GRANTING IN PART STIPULATION TO REMOVE MATTER FROM ADR UNIT FOR MEDIATION AND ORDER REFERRING MATTER TO MAGISTRATE JUDGE FOR MEDIATION/ SETTLEMENT** |

The parties' request to withdraw from mediation is **GRANTED IN PART**. This matter will be removed from ADR Unit for mediation but is **REFERRED** to **MAGISTRATE JUDGE JOSEPH C. SPERO** for **MEDIATION/SETTLEMENT**. Judge Spero knows the undersigned's views concerning settlement of class actions. Also, until class certification status is granted, there should be no discussions of settlement.

**IT IS SO ORDERED.**

Dated: November 4, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE