*E-Filed  05/21/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARNOLD KREEK,                                              No. C 08-01830 RS

       Plaintiff,

  v.                                                                  **CLERK'S NOTICE**

WELLS FARGO,

       Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Case Management Conference in the instant case scheduled on [date] shall be continued to **November 18, 2010 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 05/21/2010                                           For the Court,
                                                                          RICHARD W. WEIKING, Clerk

                                                                          By:  /s/ Corinne Lew
                                                                          Courtroom Deputy Clerk