**\*\*E-filed 11/29/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ARNOLD KREEK, et al.,

        Plaintiffs,

  v.

WELLS FARGO & COMPANY, et al.,

        Defendants.
_____/

No. C 08-1830

**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION AND CONTINUING CASE MANAGEMENT CONFERENCE**

Good cause appearing, plaintiffs' motion for leave to seek reconsideration of the order dismissing class allegations entered August 20, 2009 is granted. Plaintiffs shall file their motion for reconsideration no later than December 16, 2010, and shall notice it for hearing in conformance with Civil Local Rule 7. The Case Management Conference herein is hereby continued to March 3, 2011, at 10:00 a.m.

Dated: 11/29/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE