GILBERT R. SEROTA (No. 75305)
gserota@howardrice.com
SARAH A. GOOD (No. 148742)
sgood@howardrice.com
JEREMY T. KAMRAS (No. 237377)
jkamras@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:     415/677-6262

Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, AND WELLS FARGO FUNDS TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD LEE, EDWARD ARSENAULT, EMIL DE BACCO, RICHARD HINTON, ARNOLD KREEK, AND MARGARET MACHT,<br><br>          Plaintiffs,<br><br>     v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, AND WELLS FARGO FUNDS TRUST,<br><br>          Defendants. | No. CV-08-1830 RS<br><br>Action Filed: April 4, 2008<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

1  WHEREAS, the parties to the above-captioned action have entered into and executed
2  agreements to settle the action (the "Settlement Agreements");

3  NOW, THEREFORE, pursuant to the Settlement Agreements and Rule 41(a)(1)(A)(ii)
4  of the Federal Rules of Civil Procedure, Defendants Wells Fargo & Company, Wells Fargo
5  Funds Management, LLC, and Wells Fargo Funds Trust, by and through their counsel, and
6  Plaintiffs Edward Lee, Edward Arsenault, Emil De Bacco, Richard Hinton, Arnold Kreek
7  and Margaret Macht, by and through their counsel, hereby AGREE AND STIPULATE that
8  the above-captioned action and all claims asserted therein shall be and hereby are
9  DISMISSED WITH PREJUDICE, attorneys' fees and costs to be born by the parties in the
10 manner provided for by the Settlement Agreements.

11 Pursuant to the Stipulated Protective Order No. 1 filed on November 21, 2008 as
12 entered and modified by the Court on November 24, 2008 (the "Protective Order"), this
13 Court shall retain jurisdiction over any disputes arising from the Protective Order for 90 days
14 after the filing of this Stipulation.

21  [SIGNATURES ON FOLLOWING PAGE]

| | | |
|---|---|---|
| DATED: July 18, 2011. | | GILBERT R. SEROTA<br>SARAH A. GOOD<br>JEREMY T. KAMRAS<br>HOWARD RICE NEMEROVSKI CANADY<br>    FALK & RABKIN<br>A Professional Corporation |

By:     */s/ Gilbert R. Serota*
              GILBERT R. SEROTA

Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, AND WELLS FARGO FUNDS TRUST

DATED: July 18, 2011.

REESE RICHMAN LLP
MICHAEL R. REESE
875 Avenue of the Americas
New York, NY 10001

By:     */s/ Michael R. Reese*
              MICHAEL R. REESE

WHATLEY DRAKE & KALLAS, LLC
DEBORAH CLARK WEINTRAUB
ELIZABETH ROSENBERG
1540 Broadway, 37th Floor
New York, NY 10036

Attorneys for Plaintiffs
EDWARD LEE, EDWARD ARSENAULT, EMIL DE BACCO, RICHARD HINTON, ARNOLD KREEK and MARGRET MACHT

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, GILBERT R. SEROTA, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed on July 18, 2011, at San Francisco, California.

By:     */s/ Gilbert R. Serota*
              GILBERT R. SEROTA